The defendant then confessed he fired the six rounds into the Nevels residence without intent to kill, but only "to scare the hell out of anybody inside the house." At the trial, the defendant contended the nephew actually committed the act, and that he confessed to protect his kin.

The offense was submitted by Instruction No. 5:

> First, that on or about July 27, 1980 in the County of Boone, State of Missouri, the defendant caused the death of Coletta Nevels by shooting her, and
>
> Second, that the defendant did so *in committing or attempting to commit* the felony offense of shooting into a dwelling.
>
> then you will find the defendant guilty of murder in the second degree. [emphasis added]

\* \* \* \* \* \*

The defendant contends that the instruction allows conviction for second degree murder on a finding that the homicide was perpetrated in the course of a misdemeanor [an attempt to shoot into a dwelling][2] and therefore was not a proper felony murder submission.

Instruction No. 5 submitted second degree [otherwise, common law] felony-murder in terms of MAI–CR 15.16. That model correctly defines the elements of the historical offense as a homicide committed in the perpetration or attempted perpetration of a felony [other than those enumerated in first degree murder § 565.003, RSMo 1978]. At the common law there were no degrees of murder, but homicide encompassed all unlawful killing whether death was intended, or merely attended the commission of a felony. *State v. Jasper*, 486 S.W.2d 268, 270 (Mo. banc 1972). In the case of a felony-murder, it was the *intent to commit the felony* which rendered the killing unlawful. Our felony murder rule

adopts that rationale: that the intent to commit a felony is as validly shown by an attempt at the perpetration as well as by the consummated perpetration of offense itself. *State v. Chambers*, 524 S.W.2d 826, 829[3, 4] (Mo. banc 1975); *State v. Gillam*, 588 S.W.2d 13, 17[7] (Mo.App.1979). The MAI–CR 15.16 formulation of second degree [common law] felony-murder expresses a valid definition of that offense. See MAI–CR 15.16, Notes on Use 3.[3]

The judgment is affirmed.

All concur.

STATE of Missouri,
Plaintiff-Respondent,

v.

Kenneth H. SMITH,
Defendant-Appellant.

No. WD 32726.

Missouri Court of Appeals,
Western District.

Feb. 23, 1982.

Application to Transfer Denied
June 14, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for defendant-appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

---

2. Shooting into a dwelling is a class D felony under § 571.030, RSMo 1978. An attempt to commit a class D felony is a class A misdemeanor under § 564.011, RSMo 1978.

3. We note also that the evidence was of a completed felony, and not of an attempt to shoot into the dwelling. There was no contention that the bullets did not penetrate into the interior of the residence, but only that someone other than the defendant was the perpetrator. The verbiage of attempt in MAI–CR 15.16, therefore, was surplus.

ORDER

**PER CURIAM:**

Direct appeal from conviction of robbery in the first degree and sentence of twenty-five years.

Judgment and conviction affirmed. Rule 84.16(b).

**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Kenneth H. SMITH,
Defendant-Appellant.**

**No. WD 32727.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1982.

Application to Transfer Denied
June 14, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for defendant-appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

ORDER

**PER CURIAM:**

Direct appeal from conviction of robbery in the first degree and sentence of twenty-three years to be served consecutively to the sentence imposed in WD32726. Mo.App., 629 S.W.2d 674.

Judgment and conviction affirmed. Rule 84.16(b).

**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Kenneth H. SMITH,
Defendant-Appellant.**

**No. WD 32728.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1982.

Application to Transfer Denied
June 14, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for defendant-appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

ORDER

**PER CURIAM:**

Direct appeal from conviction of robbery in the first degree and sentence of thirty years to be served consecutively to the sentences imposed in WD32726 Mo.App., 629 S.W.2d 674 and WD32727 Mo.App., 629 S.W.2d 675.

Judgment and conviction affirmed. Rule 84.16(b).